B6F (Official Form 6F) (12/07)

In re _____Denise R. Robinson_____,          Case No. _____17-08994_____
         **Debtor**                                       *(if known)*

# SCHEDULE OF POST-PETITION DEBTS--RULE 1019

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding claims since the initial Chapter 13 filing the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kohl's<br>N56 W17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051 | | | | | | | $100.00 |
| ACCOUNT NO.<br>Matthew WIldermuth<br>1900 W. 75th St.<br>Woodridge, IL 60517 | | | | | | | $1,500.00 |
| ACCOUNT NO.<br>Fox Chase Condo of DuPage<br>Keay & Costello P.C.<br>128 S. County Farm Rd.<br>Wheaton, IL 60187 | | | | | | | $3,552.00 |
| ACCOUNT NO. 3150 562 175<br>Kay Jewelers<br>375 Ghent Road<br>Fairlawn, OH 44333 | | | | | | | $300.00 |

_____ continuation sheets attached

Subtotal▶ $ $5,452.00

Total▶ $ $5,452.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Fill in this information to identify your case:

Debtor 1  Denise            Rochelle           Robinson
          First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
                                                              (State)
Case Number __17-08994__
(If known)

[x] Check if this is an amended filing

## Official Form 106 Dec
## Declaration About an Individual Debtor's Schedules                     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

[■] No

[ ] Yes. Name of Person _____.   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Denise Robinson                              X _____
Signature of Debtor 1                              Signature of Debtor 2

Date  4 / 9 / 18                                   Date _____
      MM / DD / YYYY                                    MM / DD / YYYY

Official Form 106Dec    Record # 741158    Declaration About an Individual Debtor's Schedules                  page 1