**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** ) | Case No: | 17-08994 |
| **Denise Robinson** ) | | |
| ) | Chapter: | Chapter 7 |
| **Debtor** ) | | |
| ) | Judge: | Janet S. Baer |

**NOTICE OF MOTION**

TO**:** See attached list

PLEASE TAKE NOTICE that on **September 2, 2022 at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, and present the **MOTION TO WITHDRAW AS ATTORNEY**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**.  The meeting ID for this hearing is **160 731 2971** and the passcode is **587656**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                **By:**   */s/ Alex Wilson*
                          Alex Wilson
                          Geraci Law L.L.C.
                          55 E. Monroe Street #3400
                          Chicago, Illinois 60603
                          312.332.1800
                          ndil@geracilaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **17-08994** |
| **Denise Robinson** | ) | | |
| | ) | **Chapter:** | **Chapter 7** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **Janet S. Baer** |

## CERTIFICATE OF SERVICE

I, Alex Wilson, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on August 24, 2022 before 5:30 p.m.

**By:**    /s/Alex Wilson
Alex Wilson

## LIST OF PARTIES SERVED

Brenda Porter Helms, c/o Albany Bank & Trust Co. 3400 W. Lawrence Ave., Chicago, IL 60625

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Denise Robinson, 381D Park Ridge Lane, Aurora, IL 60504

ALL CREDITORS ON THE ATTACHED LIST

CBNA
Attn: Bankruptcy Dept.
50 Northwest Point Road
Elk Grove Village IL 60007

CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

PayPal Credit
Bankruptcy Dept.
PO Box 5138
Timonium MD 21094

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington DE 19850

Fox Chase of Dupage Condo Assoc

441 Park Ridge Lane #G
Aurora IL 60504

Vanguard Community Management
Bankruptcy Department50 E
Commerce Dr, Ste 110
Schaumburg IL 60173

Keay & Costello, PC
Bankruptcy Department128 S
County Farm Rd
Wheaton IL 60187

Home Depot Credit Svc/Citicard
Bankruptcy Department
PO Box 20483
Kansas City MO 64195

IL Lending

3455 S Ashland
Chicago IL 60608

Mcydsnb
Attn: Bankruptcy Dept.
9111 Duke Blvd
Mason OH 45040

Medical Business Bureau
Bankruptcy Department
PO Box 1219
Park Ridge IL 60068

Onemain
Attn: Bankruptcy Dept.
Po Box 1010
Evansville IN 47706

Sam's Club
Bankruptcy Department
PO Box 530942
Atlanta GA 30353

Small Business Administration
Bankruptcy Department
801 Tom Martin Dr., Ste. 201
Birmingham AL 35211-6424

Specialized LOAN Servi
Attn: Bankruptcy Dept.
8742 Lucent Blvd Ste 300
Highlands Ranch CO 80129

Syncb/Amazon
Attn: Bankruptcy Dept.
Po Box 965015
Orlando FL 32896

Syncb/JCP
Attn: Bankruptcy Dept.
Po Box 965007
Orlando FL 32896

Syncb/Walmart
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis MN 55440

Toyota Motor Credit CO
Attn: Bankruptcy Dept.
1111 W 22Nd St Ste 420
Oak Brook IL 60523

## IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 17-08994 |
| Denise Robinson | ) | | |
| Debtor, | ) | Chapter: | Chapter 7 |
| | ) | | |
| | ) | Judge: | Janet S. Baer |

## MOTION TO WITHDRAW AS ATTORNEY

Geraci Law L.L.C., attorney for the Debtor, in support of Motion to Withdraw as Attorney pursuant to Local Bankruptcy Rule 2091-1, state to the Court as follows:

1. The court has jurisdiction over this proceeding under 28 U.S.C. Section 1334(b).

2. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(A).

3. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on 03/22/2017. The case was converted to Chapter 7 on 04/08/2018 and discharged on 07/10/2018.

4. The Debtor has hired a different attorney to reopen her case.

WHEREFORE, attorney requests that the Court enter an order allowing attorney to withdraw from this case, and grant attorney such relief as is just and proper.

Respectfully submitted,

*/s/Alex Wilson*
Alex Wilson

**Attorneys for the Debtor**
Alex Wilson
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800    (Fax): 877.247.1960